### COUCH *vs.* WILLIAMS *et al.*

Whether the statements in this bill entitled the complainant to the injunction prayed, it is unnecessary to decide, and we do not decide that question. It is sufficient, under the settled rule of this court, to state that every material allegation in the bill was traversed, and upon the hearing of the application, there was conflicting evidence upon each of the issues thus formed. Under these circumstances, there was no abuse of discretion in refusing to grant the injunction.

Judgment affirmed.

April 1, 1887.

HALL, Justice.

---

### DEAN *vs.* THE GEORGIA PACIFIC RAILWAY COMPANY.

This case falls within the settled rule that a first grant of a new trial will not be disturbed, no abuse of discretion appearing.

Judgment affirmed.

April 20, 1887.

BLECKLEY, Chief Justice.

---

### BOYT *vs.* DOUGHERTY COUNTY.

This is an injunction to prevent the issue of bonds, and the facts are almost precisely similar to those in the case of *Bell et al. vs. The Mayor and Council of Americus*, this day decided, and the decision of that case controls this. (*Ante*, p. 152.)

Judgment affirmed. (Head-note by the court.)

April 27, 1887.

BLANDFORD, Justice.